IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| TITUS FOMUKONG PEKWALEKE, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID VENTURELLA, Acting Director of the U.S. Immigration and Customs Enforcement; GABRIEL MARTINEZ, Acting Assistant Field Office Director of the Houston Field Office of U.S. Immigration and Customs Enforcement; and JOHN DOE, Warden, IAH Secure Adult Detention Facility, in their official capacities, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00530<br>JUDGE MICHAEL J. TRUNCALE |
| | § | |
| *Respondents.* | § | |

**ORDER GRANTING FEDERAL RESPONDENTS' MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS MOOT**

Before the Court is the Federal Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot. [Dkt. 4]. The Federal Respondents advise the Court that Petitioner was removed from the United States on July 29, 2026. Given the above information, the Federal Respondents file the present motion requesting the Court deny Petitioners' Petition for Writ of Habeas Corpus as moot. After considering the Federal Respondents' motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that the Federal Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot [Dkt. 4] is hereby **GRANTED** and Petitioner's Petition for Writ of Habeas Corpus [Dkt. 1] is hereby **DENIED AS MOOT**.

It is further **ORDERED** that all attorneys' fees and costs shall be borne by the Party incurring same, that all Court dates and deadlines are hereby **VACATED,** and that all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 15th day of August, 2026.**

Michael J. Truncale
United States District Judge